IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDALL W. KELLY,
    Petitioner,

vs.                                             Case No.:  3:07cv213/LAC/EMT

JOHN HANCOCK, WARDEN,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 4, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 14) is **GRANTED**.

3. The amended petition for writ of habeas corpus (Doc. 8) is **DISMISSED with prejudice** as untimely.

**DONE AND ORDERED** this 22nd  day of February, 2008.

                                                            s/*L.A. Collier*
                                                            **LACEY A. COLLIER**
                                                             **SENIOR UNITED STATES DISTRICT JUDGE**